IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AYMAN ELANSARI,<br><br>    *Plaintiff,*<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    *Defendants.* | Case No. 2:19-cv-03404-JDW |

## ORDER

**AND NOW**, this 9th day of December, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 5), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 5) is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. If Plaintiff intends to proceed with this case, he may file an amended complaint on or before December 23, 2019.

                                                    **BY THE COURT:**

                                                    */s/ Joshua D. Wolson*
                                                    JOSHUA D. WOLSON, J.