# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AYMAN ELANSARI,<br><br>*Plaintiff,*<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>*Defendants.* | Case No. 2:19-cv-03404-JDW |

## ORDER

**AND NOW**, this 25th day of March, 2020, upon consideration of Defendant Bennett's Motion to Dismiss (ECF No. 32), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that Defendant's motion is **GRANTED**.

It is **FURTHER ORDERED** as follows:

1. Plaintiff's Amended Complaint (ECF No. 20) is **DISMISSED** for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. § 1332; and

2. All outstanding motions in the above-captioned matter (ECF Nos. 23, 24, 25, 30, 40) are **DENIED AS MOOT**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.