IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AYMAN ELANSARI,** *Plaintiff,* v. **LIBERTY MUTUAL INSURANCE COMPANY, et al.,** *Defendants.* | Case No. 2:19-cv-03404-JDW |

## ORDER

**AND NOW**, this 20th day of April, 2020, upon consideration of Plaintiff's Petition for Reconsideration (ECF No. 51), which the Court treats as a Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 60(b)(6), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Petition for Reconsideration is **DENIED**.

It is **FURTHER ORDERED** that, in light of the ongoing pandemic and limited resources in the Clerk's office, copies of this Order may be served on Mr. Elansari via e-mail at the address provided in the Complaint, as well as by mail.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.